Rob D. Cucher, Esq., SBN 219726
LAW OFFICES OF ROB D. CUCHER
315 S. Beverly Drive, Suite 310
Beverly Hills, California 90212
Telephone: (310) 795-5356
Facsimile: (310) 837-1996
cucherlaw@msn.com

E-FILED 5/24/17

JS-6

Attorneys for Plaintiff,
PANTHER BIOTECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PANTHER BIOTECHNOLOGY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RYAN CARPEL, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants, | Case No.: 2:17-cv-00289-PSG-SK <br><br> [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF LAWSUIT PURSUANT TO STIPULATION OF THE PARTIES |

ORDER RE: DISMISSAL WITH PREJUDICE OF LAWSUIT

## ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the above entitled action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a). The parties are to bear their own costs and attorneys fees.

DATED: 5/24/17

**PHILIP S. GUTIERREZ**
HONORABLE PHILIP S. GUTIERREZ
United States District Judge

APPROVED AS TO FORM AND CONTENT:

DATED: 5-19-17          LAW OFFICES OF ROB D. CUCHER

By: _Rob Cu_
Rob D. Cucher, Esq.
Attorney for Plaintiff,
PANTHER BIOTECHNOLOGY, INC.

DATED: 5/19/2017     LAW OFFICES OF CHRISTOPHER GLENN BECKOM

By: /s/ Christopher Beckom
Christopher Beckom, Esq.
Attorney for Defendant
RYAN CARPEL

ORDER RE: DISMISSAL WITH PREJUDICE OF LAWSUIT